Winter v Town of New Hartford Cent. Sch. Dist. (2025 NY Slip Op 04343)

Winter v Town of New Hartford Cent. Sch. Dist.

2025 NY Slip Op 04343

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND NOWAK, JJ.

458 CA 24-01457

[*1]JOHN PATRICK WINTER, PLAINTIFF-APPELLANT,
v
TOWN OF NEW HARTFORD CENTRAL SCHOOL DISTRICT, BOARD OF EDUCATION OF TOWN OF NEW HARTFORD CENTRAL SCHOOL DISTRICT, COSIMO TANGORRA, JR., ED.D., SCOTT GAFFNEY, DIRECTOR OF TRANSPORTATION, MARY MANDEL, ASSISTANT SUPERINTENDENT, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. (APPEAL NO. 1.) 

NORMAN P. DEEP, CLINTON, FOR PLAINTIFF-APPELLANT. 
FERRARA FIORENZA PC, EAST SYRACUSE (CHARLES C. SPAGNOLI OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Oneida County (James P. McClusky, J.), entered February 15, 2024 in an action seekng damages for employment discrimination and violation of the Human Rights Law. The order granted that part of the motion of defendants-respondents seeking summary judgment dismissing the amended complaint. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Aho , 39 NY2d 241, 248 [1976]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court